**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**MICHAEL DEWAYNE SMITH**                                       **CIVIL ACTION**

**VERSUS**

                                                                **21-278-BAJ-RLB**

**EASTERN LOUISIANA MENTAL HEALTH SYSTEM**

**NOTICE**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

> **ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on July 20, 2022.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MICHAEL DEWAYNE SMITH** | **CIVIL ACTION** |
| **VERSUS** | |
| **EASTERN LOUISIANA MENTAL HEALTH SYSTEM** | **21-278-BAJ-RLB** |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 13, 2021, the pro se plaintiff, a person confined at the East Feliciana Parish Jail, filed a Complaint (R. Doc. 1) alleging a violation of his constitutional rights. The Complaint was not on an approved form, and the plaintiff did not pay the Court's filing fee or submit a Motion to Proceed in Forma Pauperis. Pursuant to correspondence dated July 15, 2021 (R. Doc. 19), the Court directed the plaintiff to correct the aforementioned deficiencies within 21 days and advised that failure to do so would result in dismissal of his suit without further notice.

A review of the record by the Court reflects that, despite notice and an opportunity to appear, the plaintiff has failed to respond to the Court's directives. The Court notes that this is not the first time plaintiff has likewise abandoned his case and disregarded the Court's directives. (See 21-361-JWD-SDJ). As such, the plaintiff's action shall be dismissed, without prejudice, for failure to correct the deficiencies of which he was notified.

## RECOMMENDATION

It is the recommendation of the Magistrate Judge that the above-captioned proceeding be **DISMISSED, WITHOUT PREJUDICE**.

Signed in Baton Rouge, Louisiana, on July 20, 2022.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**