# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MICHAEL DEWAYNE SMITH (#4110)**                          **CIVIL ACTION**

**VERSUS**

**EASTERN LOUISIANA MENTAL**
**HEALTH SYSTEM**                                          **NO. 21-00278-BAJ-RLB**

## RULING AND ORDER

On July 20, 2022 the Magistrate Judge issued a **Report and Recommendation (Doc. 23, the "R&R")** recommending that the above-captioned action be dismissed due to Plaintiff's failure to comply with the Court's instructions to re-submit his complaint on an approved form, and to pay the Court's filing fee or, alternatively, seek leave to proceed *in forma pauperis*. Plaintiff does not object to the R&R, and has not otherwise attempted to cure the errors set forth in the R&R.

Having carefully considered the matter, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** due Plaintiff's failure due to comply with the Court's instructions to re-submit his complaint on an approved form, and to pay the Court's filing fee or, alternatively, seek leave to proceed *in forma pauperis*.

Judgment will issue separately.

Baton Rouge, Louisiana, this 10th day of August, 2022

                              _____
                              **JUDGE BRIAN A. JACKSON**
                              **UNITED STATES DISTRICT COURT**
                              **MIDDLE DISTRICT OF LOUISIANA**